# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jeffrey Molitor, individually and on behalf of all others similarly situated**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Manasseh Jordan Ministries, Inc., a New York Religious Corporation, and Yakim Manasseh Jordan, an individual**<br><br>**Defendants.** | **Case No.: 16-cv-2106** |

## NOTICE OF REMOVAL

Defendants, Manasseh Jordan Ministries, Inc. ("The Ministries") and Yakim Manesseh Jordan ("Jordan"), remove this action from Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §1441. In support, Defendants state as follows:

## INTRODUCTION

1. Plaintiff filed this action in Cook County Circuit Court, Chancery Division, on January 5, 2016, entitled *Jeffrey Molitor v. Manasseh Jordan Ministries, Inc., et al.*, Case No. 2016 CH 00079.

2. The Complaint was served on Defendants on January 15, 2016.

3. Plaintiff's complaint is brought as a putative class action for, among other things, an alleged violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. Specifically, Plaintiff alleges that Defendants were responsible for making "robocalls" in violation of the TCPA.

4. A copy of the Summons and Complaint are attached hereto as Exhibits 1 and 2, respectively.

5. Defendants now remove this action from the Circuit Court of Cook County, Illinois, to this Court based on (i) federal-question jurisdiction, §28 U.S.C. 1331, and (ii) diversity of citizenship, §28 U.S.C. 1332 (d). As explained below, the matter in controversy exceeds the sum or value of $5 million, exclusive of interest and costs, and Plaintiff and Defendants are citizens of different states.

## **BASIS FOR REMOVAL**

Federal Question

6. It is now well settled that "that Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits." *Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012). *See also*, *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005) ("This means that removal is authorized not only by the Class Action Fairness Act but also by § 1441, because the claim arises under federal law.") Accordingly, the Federal claim may be removed.

Diversity under the Class Action Fairness Act

7. Under §28 U.S.C. 1332 (d)(1),

> The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which
>
> **(A)** any member of a class of plaintiffs is a citizen of a State different from any defendant; . . . .

8. Here, the amount in controversy will exceed $5 million. Statutory damages for each call is $500, if not willful, and $1,500 per call, if willful. Plaintiff has alleged more than 50 calls to himself alone, and has also alleged that "thousands of these prerecorded phone calls to

cellphones of consumers" have been made. (Exhibit 2, Complaint ¶28.) If each of even 1,000 purported class members received 50 calls at $500 per call, the aggregate damages would be $25 million. At $1,500 per call, the damages would be $75 million. Accordingly, the jurisdictional amount is clearly met.

9. Plaintiff is alleged to be a citizen of Illinois, while Defendants are alleged to be a New York religious corporation (The Ministries) and a resident of a state other than Illinois (Mr. Jordan). (Exhibit 2, Complaint ¶¶8-10.)

10. Thus, the elements of 28 U.S.C. 1332 (d)(1) are satisfied and there is diversity jurisdiction as well as federal-question jurisdiction.

WHEREFORE, Defendants respectfully remove this case from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, based on both federal-question and diversity jurisdiction.

Dated: February 10, 2016

By: /s/ Darrell J. Graham
Attorney for Defendants

Darrell J. Graham
John E. Bucheit
**Roeser Bucheit & Graham LLC**
2 N. Riverside Plaza, Ste. 1420
Chicago, IL 60606
(312) 621-0301

CERTIFICATE OF SERVICE

      The undersigned certifies that on February 10, 2016, Defendants' Notice of Removal was served on Counsel for Plaintiff by U.S. Mail and email at the address listed below.

Rafey S. Balabanian
Edelson PC
350 North LaSalle Street, Ste. 1300
Chicago, Illinois 60654

rbalabanian@edelson.com

                                                                                                    Darrell J. Graham