## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jeffrey Molitor

                      Plaintiff,

v.                                                Case No.: 1:16–cv–02106
                                                     Honorable Charles R. Norgle Sr.

Manasseh Jordan Ministries, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 1, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: TELEPHONE STATUS HEARING HELD. With respect to plaintiff's motion to compel (doc. #[25]), the parties shall complete all meet and confer sessions by no later than 2/15/17. By 2/24/17, the parties shall file a joint report indicating which of the discovery disputes set forth in the motion remain unresolved. The matter is set for a status and motion hearing in open court on 3/02/17 at 1:00 p.m. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.