# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>*Defendants.* | Case No. 1:16-cv-02106<br><br>Honorable Charles R. Norgle, Sr. |

## AGREED ORDER

This matter coming before the Court on agreement of the Parties, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. The deadline to complete discovery is extended to and including May 12, 2017.

2. All other deadlines set by Magistrate Judge Schenkier remain.

**IT IS SO ORDERED.**

ENTERED: 2-10-17

_____
HONORABLE CHARLES NORGLE
UNITED STATES DISTRICT JUDGE