IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>*Defendants.* | Case No. 1:16-cv-02106<br><br>Honorable Charles R. Norgle, Sr. |

**JOINT STATUS REPORT REGARDING DISCOVERY DISPUTES**

Plaintiffs Jeffrey Molitor, Laura C. De la Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs") and Defendants Manasseh Jordan Ministries, Inc. ("MJM") and Yakim Manasseh Jordan ("Mr. Jordan" and, collectively "Defendants"), pursuant to the Court's February 1, 2017 Minute Entry, hereby provide a Joint Status Report Regarding their Discovery Disputes.

On February 9, 2017, the Parties participated in a further telephonic meet and confer and were able to resolve some of the outstanding disputes related to Plaintiffs' pending discovery requests. In particular, Defendants have agreed to produce documents and/or information within their possession, custody, or control identifying all telephone numbers to which the allegedly offending calls were placed, limited financial documents (including profit and loss statements, tax returns, balance sheets, and information related to transfers of assets by and between Defendants), demand letters that did not become publicly filed complaints, and information related to Mr. Jordan's position(s) working for MJM.

Defendants have also confirmed that they have already produced all documents related to

the processes and/or methodologies used to obtain the telephone numbers called and to process and honor do-not-call requests, all relevant do-not-call lists, and all records identifying Plaintiffs' consent to receive the phone calls at issue. Mr. Jordan has further confirmed that he will convert his informally produced documents regarding his financial condition into a formal production.

Given these agreements, the remaining disputed requests fall into three categories:

(i) information related to the number of allegedly unlawful calls at issue;[1]

(ii) information related to prior express consent,[2] which Plaintiffs have agreed to modify from requesting information about "prior express *written* consent" to simply "prior express consent"; and

(iii) information related to Defendants' financial condition[3] and the property and vehicles Defendants own, lease and/or use.[4]

The Parties attempted to resolve the remainder of their disputes without Court intervention, but were unable to do so. Although Defendants have offered "compromises" in the form of limited productions on these categories of information, Plaintiffs do not believe the requested information is amenable to abbreviated production—e.g, category (i) above simply seeks a statement (or documents sufficient to show) the number of allegedly unlawful calls at issue. Plaintiffs remain open to reaching agreement in this respect, but at this time, the Parties are not there.

\*       \*       \*

---

[1] Molitor Request for Production No. 31 to MJM, Dkt. 26-5.
[2] Molitor Requests for Production Nos. 17, 20 to MJM, Dkt. 26-5.
[3] Molitor Request for Production No. 40 to MJM, Dkt. 26-5.
[4] De La Cabada Interrogatory No. 9, 12, 13 to Mr. Jordan, Dkt. 26-4; Molitor Request for Production Nos. 41, 42, 43 to MJM, Dkt. 26-5; Molitor Request for Production Nos. 25, 28, 29, 31, 32 to Mr. Jordan, Dkt. 26-6.

2

Respectfully submitted,

**JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, AND RUTH MAKI**, individually and on behalf of all others similarly situated,

Dated: February 24, 2017          By: /s/ Benjamin H. Richman
                                          One of Plaintiffs' Attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Joseph I. Marchese (Admitted *Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (Admitted *Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163


**MANASSEH JORDAN MINISTRIES, INC. AND YAKIM MANASSEH JORDAN**,

Dated: February 24, 2017          By: /s/ Melissa C. McLaughlin
                                          One of Defendants' Attorneys

Daniel S. Silverman (Admitted *Pro Hac Vice*)
dsilverman@venable.com
Melissa C. McLaughlin (Admitted *Pro Hac Vice*)
mcmclaughlin@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901

        Darrell J. Graham
        John E. Bucheit
        ROESER BUCHEIT & GRAHAM LLC
        2 N. Riverside Plaza, Ste. 1420
        Chicago, IL  60606
        Tel: 312.621.0301

## **CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that on February 24, 2017 I served the above and foregoing ***Joint Status Report Regarding Discovery Disputes***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                          /s/ Benjamin H. Richman