IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, <br><br> *Defendants.* | Case No. 1:16-cv-02106 <br><br> Honorable Charles R. Norgle, Sr. |

## AGREED WRITTEN STATUS REPORT

Plaintiffs Jeffrey Molitor, Laura C. De la Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs") and Defendants Manasseh Jordan Ministries, Inc. ("MJM") and Yakim Manasseh Jordan ("Mr. Jordan" and, collectively "Defendants"), pursuant to the Court's December 8, 2016 Minute Entry (dkt. 24), hereby provide an Agreed Written Status Report.

*Status of Discovery*

The Court referred this case to Magistrate Judge Schenkier on January 23, 2017 after Plaintiffs filed a motion to compel Defendants' discovery responses. (*See* dkts. 25-29.) The Parties appeared before Judge Schenkier and continued to meet and confer, and were ultimately able to resolve their discovery disputes. (*See* dkts. 30, 32, 33, 36, 39.) Defendants served their supplemental responses and production on March 29, 2017, and the matter is set for status before Judge Schenkier tomorrow, April 13, 2017.

The current fact discovery deadline is May 12, 2017. (*See* dkt. 35.) Plaintiffs have conducted one non-party deposition, have subpoenaed third party Ytel, Inc. for documents and

additional third parties associated with MJM for depositions, and expect to depose Mr. Jordan and MJM's Rule 30(b)(6) representative at the end of April. Although these depositions were originally scheduled for dates in late March and early April, Plaintiffs' counsel agreed to postpone them at the request of defense counsel.

Plaintiffs have yet to receive a response from their subpoena to third party Ytel, Inc. (for which they have been advised there will be voluminous call records) and are still working to schedule multiple depositions in order to accommodate Defendants and their counsel. Plaintiffs therefore anticipate seeking an extension of the May 12th discovery deadline, which they will raise at their status conference before Judge Schenkier tomorrow. The Parties have agreed to an extension of the discovery deadline through May 31, 2017, in order to permit the scheduling of two third party depositions that were subpoenaed by Plaintiffs.[1]

*Status of Settlement Discussions*

The Parties continue to explore the possibility of engaging in settlement discussions, but have nothing further to report at this time.

*     *     *

Respectfully submitted,

**JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, AND RUTH MAKI**, individually and on behalf of all others similarly situated,

Dated: April 12, 2017

By: /s/ Benjamin H. Richman
One of Plaintiffs' Attorneys

---

[1] Plaintiffs also anticipate seeking leave to name additional defendants based, in part, on discovery taken to date and anticipated. In that event and for the sake of completeness, Plaintiffs wish to alert the Court that they will likely seek a modest, additional period of discovery related to the new defendants.

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Joseph I. Marchese (Admitted *Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (Admitted *Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

**MANASSEH JORDAN MINISTRIES, INC. AND YAKIM MANASSEH JORDAN**,

Dated: April 12, 2017         By: /s/ Melissa C. McLaughlin
                                 One of Defendants' Attorneys

Robert A. Seibel (*Pro Hac Vice* pending)
bobseibel@yahoo.com
LAW OFFICES OF ROBERT A. SEIBEL, P.A.
3019 B Exeter Drive
Boca Raton, FL 33434
Tel: 561.483.2334

Daniel S. Silverman (Admitted *Pro Hac Vice*)
dsilverman@venable.com
Melissa C. McLaughlin (Admitted *Pro Hac Vice*)
mcmclaughlin@venable.com
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901

Darrell J. Graham

John E. Bucheit
ROESER BUCHEIT & GRAHAM LLC
2 N. Riverside Plaza, Ste. 1420
Chicago, IL 60606
Tel: 312.621.0301

**CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that on April 12, 2017 I served the above and foregoing *Agreed Written Status Report*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                    /s/ Benjamin H. Richman