IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>*Defendants.* | Case No. 1:16-cv-02106<br><br>Honorable Charles R. Norgle, Sr.<br>Magistrate Judge Sidney I. Schenkier |

**MOTION BY COURTNEY C. BOOTH FOR LEAVE TO WITHDRAW HER APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS**

Courtney C. Booth, one of the attorneys of record for Plaintiffs Jeffrey Molitor, Laura C. De La Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs"), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiffs. In support of this Motion, Ms. Booth states as follows:

1. As of February 24, 2017, Ms. Booth is no longer working with the law firm Edelson PC, which has been retained to represent Plaintiff Jeffrey Molitor in this matter. As such, Ms. Booth seeks leave to withdraw her appearance on behalf of Plaintiffs.

2. Although Ms. Booth will no longer be working with Edelson PC and will no longer represent Plaintiffs in this action, Plaintiffs will continue to be represented by Rafey S. Balabanian, Benjamin H. Richman, Eve-Lynn Rapp, and Sydney M. Janzen of Edelson PC and Philip L. Fraietta and Joseph I. Marchese of Bursor & Fisher, P.A. Plaintiffs will, therefore, not be prejudiced by Ms. Booth's withdrawal.

WHEREFORE, Ms. Booth respectfully requests that the Court enter an order granting her leave to withdraw her appearance as one of the attorneys of record for Plaintiffs.

*     *     *

Respectfully submitted,

**JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, AND RUTH MAKI**, individually and on behalf of all others similarly situated,

Dated: April 21, 2017

By: /s/ Benjamin H. Richman

/s/ Courtney C. Booth
Attorneys for Plaintiffs

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Joseph I. Marchese (Admitted *Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (Admitted *Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2017I served the above and foregoing ***Motion by Courtney C. Booth for Leave to Withdraw Her Appearance as One of the Counsel of Record for Plaintiffs***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                                              /s/ Benjamin H. Richman