IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>*Defendants.* | Case No. 16-cv-2106<br><br>Honorable Charles R. Norgle, Sr. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, May 12, 2017 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Morgle, Sr., or any judge sitting in his stead in courtroom 2341 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiffs Motion to Extend Discovery Cutoff***, a copy which has been served upon you via the Court's CM/ECF electronic filing system.

\*          \*          \*

|  |  |
|---|---|
|  | JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, AND RUTH MAKI, individually and on behalf of all similarly situated individuals, |
| Dated: May 8, 2017 | By: /s/ Benjamin H. Richman<br>          One of Plaintiff's Attorneys |
|  | Benjamin H. Richman<br>brichman@edelson.com<br>Sydney Janzen<br>sjanzen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |

1

Joseph I. Marchese (Admitted *Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (Admitted *Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

*Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2017, I served the above and foregoing ***Notice of Motion,*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                  /s/ Benjamin H. Richman