**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Jeffrey Molitor
                                        Plaintiff,

v.                                                 Case No.: 1:16–cv–02106
                                                 Honorable Charles R. Norgle Sr.

Manasseh Jordan Ministries, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 19, 2017:

      MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. For the reasons stated on the record, Kingdom Ministries Church, Inc.'s motion to quash document subpoena (doc. #[51]) is denied without prejudice to Kingdom Ministries raising the issue before the Court in Georgia where the subpoena was served, and where there is pending a motion to quash a related deposition subpoena. The status hearing before the magistrate judge set for 6/21/17 at 10:00 a.m. remains unchanged. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.