IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br> v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>    *Defendants.* | Case No. 1:16-cv-02106<br>Case No. 1:17-cv-05309<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Sidney I. Schenkier |

**STIPULATION REGARDING DATES FOR KINGDOM MINISTRIES CHURCH, INC.'S DOCUMENT PRODUCTION AND DEPOSITION**

Plaintiffs Jeffrey Molitor, Laura C. De la Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs"), and third party Kingdom Ministries Church, Inc. ("Kingdom") hereby inform the Court that they have reached an agreement regarding the date by which Kingdom will produce documents responsive to Plaintiffs' subpoena *duces tecum* and the date for Kingdom's depositions pursuant to Fed. R. Civ. P. 30(b)(6). The stipulated dates are set forth as follows:

  1. Kingdom will produce documents responsive to Plaintiffs' subpoena *duces tecum*, and any modifications thereto pursuant to agreement reached by counsel for Plaintiffs and Kingdom, no later than August 14, 2017.

  2. The Rule 30(b)(6) deposition of Kingdom's corporate representative will occur in Atlanta, Georgia on September 7, 2017 at 9:30 a.m. EST. Kingdom's corporate representative is unable sit for a deposition prior to the current August 14, 2017 discovery deadline due to medical reasons. Therefore, subject to permission by the Court, Plaintiffs and Kingdom agree that

deposition will take place outside of the discovery period.[1]

                                                                   Respectfully submitted,

                                                                   **JEFFREY MOLITOR, LAURA C. DE LA CABADA MORO, STEVE CLARKE, AND RUTH MAKI**, individually and on behalf of all others similarly situated,

Dated: August 4, 2017                    By:  /s/ Sydney M. Janzen
                                                                   One of Plaintiffs' Attorneys

                                                                 Benjamin H. Richman
                                                                 brichman@edelson.com
                                                                 Sydney M. Janzen
                                                                sjanzen@edelson.com
                                                                Edelson PC
                                                                 350 North LaSalle Street, 13th Floor
                                                                 Chicago, Illinois 60654
                                                                Tel: 312.589.6370
                                                                Fax: 312.589.6378

                                                                Joseph I. Marchese (Admitted *Pro Hac Vice*)
                                                                jmarchese@bursor.com
                                                                Philip L. Fraietta (Admitted *Pro Hac Vice*)
                                                                pfraietta@bursor.com
                                                                Bursor & Fisher, P.A.
                                                                888 Seventh Avenue
                                                                New York, New York 10019
                                                                Tel: 646.837.7150
                                                                Fax: 212.989.9163

                                                                *Counsel for Plaintiffs and the Proposed Class*[2]

---

[1] To the extent the Court believes it necessary to file a motion before Judge Norgle seeking approval to hold the deposition outside of the current close of discovery, the parties will of course do so.

[2] Kingdoms' counsel signed off on the attached stipulation via e-mail, but did not confirm whose e-signature to use prior to the filing deadline.

## CERTIFICATE OF SERVICE

      I, Sydney M. Janzen, an attorney, hereby certify that on August 4, 2017, I served the above and foregoing ***Stipulation Regarding Dates for Kingdom Ministries Church, Inc.'s Document Production and Deposition***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                    /s/ Sydney M. Janzen