# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 1:16-CV-02106 |
| *Plaintiffs*, | Honorable Charles S. Norgle, Sr. |
| v. | Magistrate Judge Sidney I. Schenkier |
| MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, | |
| *Defendants*. | |

## KINGDOM MINISTRIES CHURCH, INC.'S NOTICE REGARDING ITS CORPORATE REPRESENTATIVE WITNESS DEPOSITION

Pursuant to the Court's Order dated September 7, 2017 (Dkt. 68), Kingdom Ministries Church, Inc. ("Kingdom"), a non-party to the instant litigation, hereby reports to the Court that by mutual agreement between Kingdom and Plaintiffs, Kingdom shall make its corporate representative available for deposition on September 26, 2017 at 9:30 a.m. The deposition will take place in Atlanta, Georgia.

Respectfully submitted, this 12th day of September, 2017.

**FOLEY & LARDNER LLP**

  /s Jonathan Garlough
JONATHAN W. GARLOUGH
Illinois Bar No. 6295597

321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
T: (312) 832-5702
jgarlough@foley.com
*Counsel for Kingdom Ministries Church, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE REGARDING ITS CORPORATE REPRESENTATIVE WITNESS DEPOSITION.** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Rafey S. Balabanian<br>**EDELSON, P.C**.<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>rbalabanian@edlson.com | Sydney M. Janzen<br>Eve-Lynn J. Rapp<br>Benjamin Harris Richman<br>**EDELSON, P.C.**<br>350 N. Lasalle Street, Suite 1300<br>Chicago, IL 60654<br>sjanzen@edlson.com |
| Philip L. Fraietta<br>Joseph I. Marchese<br>**BURSOR & FISHER, P.A.**<br>3rd Floor<br>888 7th Avenue<br>New York, New York 10019<br>pfraietta@bursor.com<br>jmarchese@bursor.com | Peter S. Roeser<br>Darrell J. Graham<br>**ROESER BUCHEIT & GRAHAM, LLC**<br>2 North Riverside Plaza, Suite 1850<br>Chicago, IL 60606<br>dgraham@rbglegal.com |
| Melissa Caren Rose McLaughlin<br>Daniel S. Silverman<br>**VENABLE LLP**<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>mcmclaughlin@venable.com | Robert A. Seibel<br>**Law Offices of Robert A. Seibal, P.A.**<br>3019 B Exeter Drive<br>Boca Raton, FL 33434<br>BobSeibel@yahoo.com |

                                                                 /s Jonathan Garlough_____
                                                                 JONATHAN W. GARLOUGH