IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  *v.*<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>    *Defendants*. | Case No. 1:16-cv-02106<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Sidney I. Schenkier |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND FILE
SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs, Jeffrey Molitor, Laura C. De la Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, hereby respectfully move this Court for leave to amend their First Amended Class Action Complaint and file a Second Amended Class Action Complaint, which will add Mr. Robert Seibel and Kingdom Ministries Church, Inc. as party-defendants. Plaintiffs' Motion is based upon their Memorandum (and the exhibits attached thereto) filed in support of the Motion,[1] along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiffs Jeffrey Molitor, Laura C. De la Cabada, Steve Clarke, and

---

[1] Plaintiffs' Memorandum will be submitted as Exhibit A to Plaintiffs' Motion for Leave to File Memorandum in Support of Motion for Leave to Amend with Excess Pages, *Instanter*. Plaintiffs will be filing a redacted version of the Memorandum and one of its exhibits, as they contain information subject to the parties' Agreed Confidentiality Order (Dkt. 19). Plaintiffs will file a motion to seal the Memorandum and the confidential exhibit thereafter.

Ruth Maki, individually and on behalf of all others similarly situated, respectfully request that the Court enter an Order (1) granting them leave to amend Plaintiffs' First Amended Class Action Complaint, (2) permitting them to file their Second Amended Class Action Complaint adding Robert Seibel and Kingdom Ministries Church, Inc. as party-defendants, and (3) providing such other and further relief as the Court deems reasonable and just.

Dated: November 30, 2017        Respectfully submitted by:

/s/ Benjamin H. Richman

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Joseph I. Marchese (*Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (*Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

   I, Benjamin H. Richman, an attorney, hereby certify that on November 30, 2017, I served the above and foregoing ***Plaintiffs' Motion for Leave to Amend and File Second Amended Class Action Complaint***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                     /s/ Benjamin H. Richman