IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual,<br><br>    *Defendants*. | CIVIL ACTION NO.: 1:16-CV-02106<br><br>Honorable Charles S. Norgle, Sr.<br><br>Magistrate Judge Sidney I. Schenkier |

## MOTION TO WTHDRAW AS COUNSEL

NOW COMES Jonathan W. Garlough of Foley & Lardner LLP, and hereby moves to withdraw as counsel for Kingdom Ministries Church, Inc.

WHEREFORE, Jonathan W. Garlough respectfully requests that the Court enter an order granting leave to withdraw as counsel for Kingdom Ministries Church, Inc.

Dated: January 10, 2018          Respectfully submitted,

                                                   **KINGDOM MINISTRIES CHURCH, INC.**

                                                   /s/   Jonathan W. Garlough
                                                           One of Its Attorneys

                                                 Johnathan W. Garlough, #6295597
                                                 Foley & Lardner LLP
                                                 321 N. Clark Street, Suite 2800
                                                 Chicago, IL 60654-5313
                                                 Phone: (312) 832-4500
                                                 Email: jgarlough@foley.com

4815-5690-3770.1

## **CERTIFICATE OF SERVICE**

I, Jonathan W. Garlough, an attorney, hereby certify that on January 10, 2018, I caused a copy of the foregoing **Kingdom Ministries Church, Inc.'s Motion to Withdraw as Counsel,** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, by operation of the Court's CM/ECF electronic filing system.

/s/ Jonathan W. Garlough