IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated, | CIVIL ACTION NO.: 1:16-CV-02106 |
| *Plaintiffs*, | Honorable Charles S. Norgle, Sr. |
| v. | Magistrate Judge Sidney I. Schenkier |
| MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, | |
| *Defendants*. | |

**NOTICE OF MOTION TO WTHDRAW AS COUNSEL**

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on January 19, 2018 at 10:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Charles S. Norgle, Sr. in Courtroom Number 2341, 219 South Dearborn Street, Chicago, Illinois 60604, or before any judge who may be sitting in his place and stead, and shall then and there present Jonathan W. Garlough's **Motion to Withdraw as Counsel**.

Dated: January 10, 2018            Respectfully submitted,

 **FOLEY & LARDNER LLP**

 /s/   Jonathan W. Garlough
    One of Its Attorneys
 Jonathan W. Garlough, #6295597
 321 N. Clark Street, Suite 2800
 Chicago, IL 60654-5313
 Phone:  (312) 832-4500
 Email:  jgarlough@foley.com

4815-5690-3770.1

## CERTIFICATE OF SERVICE

I, Jonathan W. Garlough, an attorney, hereby certify that on January 10, 2018, I caused a copy of the foregoing **Kingdom Ministries Church, Inc.'s Notice of Motion to Withdraw as Counsel,** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, by operation of the Court's CM/ECF electronic filing system.

/s/ Jonathan W. Garlough

4815-5690-3770.1