# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MANASSEH JORDAN MINISTRIES, INC., et al., )<br>)<br>Defendants. ) | No. 1:16-cv-2106<br><br>Hon. Charles R. Norgle |

## ORDER

Plaintiffs' Motion For Leave To Amend and File Second Amended Class Action Complaint [70] is denied.

## STATEMENT

Plaintiffs Jeffrey Molitor, Laura De La Cabada, Steve Clarke, and Ruth Maki (collectively, "Plaintiffs") brings this lawsuit, on behalf of himself and a putative class, against Defendants Manasseh Jordan Ministries, Inc. and Yakim Manasseh Jordan for alleged violations of the Telephone Consumer Protection Act ("TCPA"), as codified at 47 U.S.C. § 227. Before the Court is Plaintiff's motion to file a second amended complaint, adding Robert Seibel and Kingdom Ministries Church, Inc. as Defendants. For the following reasons, the motion is denied.

"[Rule] 15(a) provides that leave to amend shall be freely given when justice so requires, [but] it is not to be automatically granted." Johnson v. Cypress Hill, 641 F.3d 867, 871–72 (7th Cir. 2011) (internal quotations omitted) (citing Johnson v. Methodist Med. Ctr. of Illinois, 10 F.3d 1300, 1303 (7th Cir. 1993)). The district court may deny a motion to amend a pleading if "there is a good reason—futility, undue delay, undue prejudice, or bad faith—for denying leave to amend." Life Plans, Inc. v. Sec. Life of Denver Ins. Co., 800 F.3d 343, 358 (7th Cir. 2015) (citing Foman v. Davis, 371 U.S. 178, 182 (1962)).

This case was originally filed in the Cook County Circuit Court's Chancery Division, on January 5, 2016. The case was removed to federal court on February 10, 2016. Plaintiffs filed an amended complaint on June 20, 2016. Discovery was scheduled to conclude on December 30, 2016, but after three extensions, discovery was ultimately closed on June 30, 2017. On November 30, 2017, Plaintiff filed the instant motion seeking leave to amend.

In their motion Plaintiffs argue that because of the close relationship between Defendants and Robert Seibel and Kingdom Ministries, the later should be included as defendants here. Plaintiffs rely on the close relationship between the parties; counsel provided by Mr. Seibel concerning Manasseh Jordan Ministries' business affairs; Mr. Seibel's status as outside counsel for Plaintiff; the CEO, David Few, of Kingdom Ministries' former status as an employee of Manasseh Jordan Ministries, and a constant exchange of assets. Plaintiffs also argue that

"Kingdom is simply a shell entity Defendants Jordan and MJM—and Robert Seibel, through his power over them—have used to help enrich themselves and hide asset." Mem. in Supp. of Pls.' Mot. for Leave to Am. and File Second Am. Class Action Compl. p. 4. They continue to argue that Manasseh Jordan Ministries is an alter ego of Kingdom Ministries and proposed defendants and the named Defendants are all working in concert to perpetrate the alleged scheme.

However, Plaintiffs' motion comes nearly two years after this case was first filed and five months after discovery closed. If the motion were to be granted, Plaintiffs would undoubtedly require additional discovery to further explore the relationship between the newly added defendants and the alleged conduct—further delaying this 2016 case. This case has already suffered from severe delays and if Plaintiffs' motion were granted the matter would be even further delayed, ultimately prejudicing the named Defendants. This is not to say that Plaintiffs would not be able to pursue Robert Seibel and Kingdom Ministries either through a separate suit or, following a resolution in their favor here, a motion to pierce Defendants' corporate veil and pursue any and all parent companies.

Because granting the motion at bar would result in further undue delay and prejudice to the Defendants, the Court denies Plaintiffs' motion to file a second amended Complaint.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 26, 2018