UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jeffrey Molitor
                              Plaintiff,

v.                                             Case No.: 1:16–cv–02106
                                                             Honorable Charles R. Norgle Sr.

Manasseh Jordan Ministries, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 7, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to withdraw as attorney [91] is granted. Attorneys Melissa Caren Rose Mclaughlin and Daniel S. Silverman terminated. The parties are not required to appear before the court on Friday, June 8, 2018 in regard to the motion to withdraw [8]. The parties shall appear in regard to Plaintiff's Motion for Reconsideration [88]. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.