Case: 1:16-cv-02106 Document #89 Filed 06/22/18  Page 1 of 3 Page ID # 835

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JEFFREY MOLITOR, LAUA C. DE LA
CABADA, STEVE CLARKE and RUTH             Case No. 1:16-cv-02106
MAKI, individually and on behalf of all others
similarly situated                        Honorable Charles R. Norgle, Sr.

                      *Plaintiffs*         Magistrate Judge Sidney I. Schenkler

   v.

MANASSEH JORDAN MINISTRIES, INC.,a
New York Religious Corporation, and YAKIM
MANASSEH JORDAN, an individual
_____/

**RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THEIR**
**MOTION FOR LEAVE TO AMEND AND FILE A SECOND AMENDED COMPLAINT**

Plaintiffs have submitted a Motion for Reconsideration of their prior Motion for Leave to Amend

and File a Second Amended Complaint and seek to add Robert A, Seibel, Esq., 3019 B Exeter

Drive, Boca Raton, Florida 33434, Respondent, as an additional Co-Defendant in their

Complaint to which Robert A. Seibel now responds in opposition to Plaintiffs' Motion for

Reconsideration, and states:

   1.  Plaintiffs Motion for Reconsideration of the Court's prior order denying their Motion

to Amend their Complaint should be denied in all respects.   Plaintiffs state nothing new but

merely lament the decision of the Court.

   2.  "A basis for a Motion for Reconsideration would be a controlling or significant change in

the law or facts since the submission of the issue to the Court."*State Bank of India v.Commercial

Steel Corp.,* 2001 WL 423001, at *2 (N.D. Ill. 2001) (not reported in F. Supp. 2d).

   3.  Plaintiffs fail to meet these standards, as there has been no significant change in the law

1

Case: 1:16-cv-02106  Document #89 Filed 06/22/18 Page 2 of 3 Page ID# 836

or the facts in this case.

4.  "Such problems rarely arise and the motion to reconsider should be equally rare". *State Bank of India v. Commercial Steel Corp.,* 2001 WL 423001, at *2 (N.D. Ill. 2001) (not reported In F.Supp. 2d) (citing *Rounds v. City of Chicago,* No. 94 C. 1708, 1996 WL 99408, at*1 (N.D. Ill. March5, 1996) (citations omitted), *aff'd* 95 F.3d 1154 (7th Cir. 1996).

5.  Plaintiffs Motion to Amend their Complaint was submitted in January, 2018, which was two years after submitting their original Complaint and clearly demonstrated an "undue" delay in this case, which was not caused by the Defendants or the Respondent Robert A. Seibel.
If Robert A. Seibel were added as a Co-Defendant in this case there would in fact be substantial Prejudice to him and the case itself would be further significantly delayed.

5.  The Court did not previously misapprehend the source of delay nor the facts in this case which supports the argument that the Plaintiffs Motion for Reconsideration should be denied.

WHEREFORE, Respondent requests that the Court deny the Plaintiffs' Motion for Reconsideration of Their Motion for Leave to Amend and File A Second Amended Complaint.

Dated:  June 22, 2018

Respectfully submitted,

/s/**ROBERT A. SEIBEL,** (Pro Hac Vice)
Respondent
Law Offices of Robert A.Seibel, P.A.
3019 B Exeter Drive
Boca Raton, Florida 33434
Tel. 561.483.2334
Fax. 1561.431-6273
bobseibel@yahoo.com

2

Case: 1:16-cv-02106 Document #89  Filed 06/22/18  Page 3 of 3  Page ID # 837

## <u>CERTIFICATE OF SERVICE</u>

I, Robert A. Seibel, an attorney, hereby certify that on June 22, 2018, I served the above and foregoing ***Response to Plaintiffs' Motion for Reconsideration of Their Motion for Leave to Amend and File a Second Amended Complaint,*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/  Robert A. Seibel_____

3

Case: 1:16-cv-02106 Document #90  Filed 06/22/18  Page 1 of 2 Page ID # 838

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

JEFFREY MOLITOR, LAUA C. DE LA
CABADA, STEVE CLARKE and RUTH                    Case No. 1:16-cv-02106
MAKI, individually and on behalf of all others
similarly situated                               Honorable Charles R. Norgle, Sr.

                    *Plaintiffs*                  Magistrate Judge Sidney I. Schenkler

  v.

MANASSEH JORDAN MINISTRIES, INC.,a
New York Religious Corporation, and YAKIM
MANASSEH JORDAN, an individual
_____/

## NOTICE OF RESPONDENT'S RESPONSE

**PLEASE TAKE NOTICE,** that on July 27, 2018, at 10:30 a.m., or as soon thereafter as they may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, Sr. or any judge sitting in his stead in Courtroom 2341 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Respondent's Response to Plaintiffs' Motion for Reconsideration of Their Motion for Leave to Amend and File a Second Amended Complaint,*** true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated:  June 22, 2018                            Respectfully submitted,

                                                 /s/ Robert A. Seibel_____
                                                 Law Offices of Robert A. Seibel, P.A.
                                                 3019 B Exeter Drive
                                                 Boca Raton, Florida 33434
                                                 Tel. 561.483.2334
                                                 Fax. 1561.431.6273
                                                 bobseibel@yahoo.com

Case: 1:16-cv-02106 Document #90 Filed 06/22/18  Page 2 of 2  Page ID # 839

## CERTIFICATE OF SERVICE

      I, Robert A. Seibel, an attorney, hereby certify that on June 22, 2018, I served the above and foregoing *Notice of Respondent's Response* by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


                    /s/ Robert A. Seibel_____

2