# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, AND RUTH MAKI, individually and on behalf of all others similarly situated, ) ) ) ) ) Plaintiffs, ) v. ) ) MANASSEH JORDAN MINISTRIES, ) INC., a New York Religious Corporation, ) and YAKIM MANASSEH JORDAN, an ) individual, ) ) Defendants. ) | Case No. 1:16-cv-2106<br><br>Honorable Charles R. Norgle, Sr.<br><br>Magistrate Judge Sidney I. Schenkier |

## MOTION TO WITHDRAW AS COUNSEL

Roeser Bucheit & Graham LLC hereby moves this Court, pursuant to Local Rule 83.17, to allow its attorney Peter S. Roeser to withdraw as counsel for Defendants Manasseh Jordan Ministries, Inc. and Yakim Manasseh Jordan. Roeser Bucheit & Graham LLC respectfully requests that this Court enter an order granting leave to withdraw as counsel for Defendants Manasseh Jordan Ministries, Inc. and Yakim Manasseh Jordan.

Dated: June 29, 2018                                **ROESER BUCHEIT & GRAHAM LLC**

By:   /s/ Peter S. Roeser

Peter S. Roeser
Darrell J. Graham
Roeser Bucheit & Graham LLC
Two N. Riverside Plaza, Suite 1850
Chicago, IL  60606
proeser@rbglegal.com
dgraham@rbglegal.com
Tel: (312) 621-0301
*Local Counsel for Defendants*
MANASSEH JORDAN MINISTRIES, INC.
and YAKIM MANASSEH JORDAN

## **CERTIFICATE OF SERVICE**

    I, Peter S. Roeser, an attorney, hereby certify that on June 29, 2018, I caused a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, by operation of the Court's CM/ECF electronic filing system.

                                          /s/ Peter S. Roeser