IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, AND RUTH MAKI, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:16-cv-2106 |
| | ) |
| MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, | ) Honorable Charles R. Norgle, Sr.<br>)<br>) Magistrate Judge Sidney I. Schenkier<br>) |
| | ) |
| Defendants. | ) |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Roeser Bucheit & Graham LLC ("RBG") files this Memorandum of Law in Support of its Motion to Withdraw as Counsel for Defendants Manasseh Jordan Ministries, Inc. and Yakim Manasseh Jordan ("Defendants"). RBG attorneys Darrell J. Graham and Peter S. Roeser filed appearances as local counsel in this case. Darrell J Graham was granted leave to withdraw his appearance and has been terminated because he was local counsel and lead counsel was allowed to withdraw. (Dkt. 96) Although Peter S. Roeser, is from the same firm as Mr. Graham and also local counsel he was not included on the minute entry allowing his partner Mr. Graham to withdraw. Peter S. Roeser should be permitted to withdraw because 1) Venable attorneys, McLaughlin and Silverman, lead counsel in this case were granted leave to withdraw and terminated. (Dkt. 94); 2) pursuant to L.R. 83.17 Venable filed the Notice of Party Contact Information as an attachment to their Motion to Withdraw; 3) Robert A. Seibel is an active attorney of record for Defendants.

Local Rule 83.17 provides that an attorney of record for a party must obtain leave of court in order to withdraw and must file the Notification of Party Contact Information as an attachment to the motion to withdraw if no other attorney has an active appearance on the docket for the party.

For the foregoing reasons, RBG respectfully requests that this Court grant the Motion and allow its attorney Peter S. Roeser to withdraw as counsel for Defendants.

Dated: June 29, 2018            **ROESER BUCHEIT & GRAHAM LLC**

                                     By: /s/ Peter S. Roeser

Peter S. Roeser
Darrell J. Graham
Roeser Bucheit & Graham LLC
Two N. Riverside Plaza, Suite 1850
Chicago, IL  60606
proeser@rbglegal.com
dgraham@rbglegal.com
Tel: (312) 621-0301
*Local Counsel for Defendants*
MANASSEH JORDAN MINISTRIES, INC.
and YAKIM MANASSEH JORDAN

## **CERTIFICATE OF SERVICE**

     I, Peter S. Roeser, an attorney, hereby certify that on June 29, 2018, I caused a copy of the foregoing **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, by operation of the Court's CM/ECF electronic filing system.

                                                    /s/ Peter S. Roeser