Jeffrey Molitor

                Plaintiff,

v.                                          Case No.: 1:16–cv–02106

                                             Honorable Charles R. Norgle Sr.

Manasseh Jordan Ministries, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: The status hearing set for September 14, 2018 is stricken. Ruling on the pending motion to reconsider will be mailed. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.