**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NO.: 1:16-cv-02106
Honorable Charles R. Norgle, Sr.**

JEFFREY MOLITOR,
LAURA C. DE LA CABADA,
STEVE CLARKE and RUTH MAKI,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

MANASSEH JORDAN MINISTRIES, INC.
and YAKIM MANASSEH JORDAN,

      Defendants.
_____/

**NOTICE OF DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO SET STATUS CONFERENCE**

    **PLEASE TAKE NOTICE** that on Friday, January 18, 2019 at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, Sr. or any judge sitting in his stead in Courtroom 2341 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present ***Defendants' Response to Plaintiffs' Motion to Set Status Conference***, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: January 16, 2019

                    Respectfully Submitted,

                    LAW OFFICES OF ROBERT A. SEIBEL, P.A.
                    Counsel for Defendants
                    Admitted Pro Hac Vice [D.E. 41, 60]
                    3019 B Exeter Drive
                    Boca Raton, Florida 33434
                    Tel  561.483.2334
                    Fax 561.431.6273

              By:_____*/s/ Robert A. Seibel*_____
                    Robert A. Seibel, Esq.
                    Fla. Bar No.: 159590
                    BobSeibel@yahoo.com

-And-

JEFFREY M. BERMAN, P.A.
*Jeffrey M. Berman, Esq.*
*Proposed Co-Counsel for Defendants*
Pro Hac Vice Pending [D.E. 108]
1722 Sheridan Street No. 225
Hollywood, Florida 33020
Tel   305.834.4150
Fax   305.832.0145
*jeff@jmbermanlaw.com*
Fla. Bar No.: 14979


## CERTIFICATE OF SERVICE

**I CERTIFY** that the foregoing was served via email through CM/ECF on January 16, 2019

to all counsel of record entitled to receive such notice.


By:___/s/ Robert Seibel, Esq._____
        Robert Seibel, Esq.