IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY MOLITOR, LAURA C. DE LA CABADA, STEVE CLARKE, and RUTH MAKI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> MANASSEH JORDAN MINISTRIES, INC., a New York Religious Corporation, and YAKIM MANASSEH JORDAN, an individual, <br><br> *Defendants*. | Case No. 1:16-cv-02106 <br><br> Honorable Charles R. Norgle, Sr. |

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Jeffrey Molitor, Laura C. de la Cabada, Steve Clarke, and Ruth Maki ("Plaintiffs"), by and through their counsel, request that the Clerk of the United States District Court for the Northern District of Illinois enter the default of Defendants Manasseh Jordan Ministries, Inc. and Yakim Manasseh Jordan ("Defendants") for failing to defend against this action.

1. Under Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

2. Defendants have failed to defend against this action for nearly a year, and have failed to appear, through counsel or otherwise, at the last three status hearings before this Court. (*See* Declaration of Sydney M. Janzen, attached hereto as Exhibit A.)

3. Under these circumstances, it is appropriate for the Clerk to enter a default against Defendants for their failure to defend themselves in this litigation.

1

Respectfully submitted,

Dated: March 19, 2019

By: /s/ Sydney M. Janzen
    One of Plaintiffs' Attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
Dan Schneider
dschneider@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Joseph I. Marchese (*Pro Hac Vice*)
jmarchese@bursor.com
Philip L. Fraietta (*Pro Hac Vice*)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

## **CERTIFICATE OF SERVICE**

      I, Sydney M. Janzen, an attorney, hereby certify that on March 19, 2019, I served the above and foregoing document by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, and sent via certified mail to the last known addresses for Defendants listed below:

Manasseh Jordan Ministries
Yakim Manasseh Jordan
310 Riverside Drive
New York, NY 10163

Manasseh Jordan Ministries
Yakim Manasseh Jordan
708 3rd Avenue, 6th Floor
New York, NY 10163

Manasseh Jordan Ministries
Yakim Manasseh Jordan
12220 NW 68th Court
Parkland, Florida 33076

                                                /s/ Sydney M. Janzen